**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JANUARY 19, 2016**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
**None**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
**None**